| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) McKENNA, LAWRENCE M | 2. Court or Organization Southern District of New York | 3. Date of Report 6/13/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2006 to 12/31/2006 |
| 7. Chambers or Office Address United States District Court 500 Pearl Street (1640) New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADMINISTRATOR | ESTATE OF ███████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2007 JUN 18 A 10: 24 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Self-employed (lawyer) ■ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VL LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M | 6/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CITIBANK (Checking) | | None | K | T | | | | | |
| 2. EMIGRANT SAVINGS BANK (Savings) | A | Interest | J | T | | | | | |
| 3. UBS PAINE WEBBER RET. MONEY FUND | A | Interest | J | T | | | | | |
| 4. LORD ABBETT U.S. GOV'T SEC. TRUST (FUND) | A | Interest | J | T | | | | | |
| 5. LORD ABBETT GROWTH OPPORTUNITIES (FUND) | | None | J | T | | | | | |
| 6. LUCENT (Common) | | None | J | T | Exchange | 12/1 | J | A | |
| 7. ALTRIA (Common) | A | Dividend | K | T | | | | | |
| 8. IBM (Common) | A | Dividend | J | T | | | | | |
| 9. BIOSONICS (Commnon) | | None | J | T | | | | | |
| 10. MCI WORLD (Common) | | None | J | T | | | | | |
| 11. SONORAN (Common) | | None | J | T | | | | | |
| 12. MERCK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 13. CISCO SYSTEMS (Common) | | None | J | T | | | | | |
| 14. AVAYA (Common) | | None | J | T | | | | | |
| 15. ASTROPOWER (Common) | | None | J | T | | | | | |
| 16. FIDELITY CASH RESERVES | A | Interest | K | T | | | | | |
| 17. AGERE (Class A) (Common) | | None | J | T | Exchange | 5/31 | J | T | |
| 18. AGERE (Class B) (Common) | | None | J | T | Exchange | 5/31 | J | T | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M | 6/13/2007 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FIDELITY STRUCTURED MIDCAP GROWTH (FUND) | | None | J | T | | | | | |
| 20. MONSANTO (Common) | A | Dividend | J | T | Partial Sale | 9/4 | J | A | |
| 21. EASTMAN KODAK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 22. H.J. HEINZ (Common) (Stock Inv. Plan) | A | Dividend | J | T | | | | | |
| 23. FIDELITY STRUCTURED MIDCAP (FUND) | | None | J | T | | | | | |
| 24. FIDELITY GROWTH & INCOME II (FUND) | A | Dividend | K | T | | | | | |
| 25. FIDELITY CONTRA FUND (FUND) | A | Dividend | J | T | | | | | |
| 26. FEDEX (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 27. EXXON MOBIL (Common) | A | Dividend | J | T | | | | | |
| 28. HONDA MOTORS (Common) | A | Dividend | J | T | | | | | |
| 29. GOOGLE (Common) | | None | J | T | | | | | |
| 30. FIDELITY INT'L DISCOVERY (FUND) | A | Dividend | J | T | | | | | |
| 31. ALCATEL-LUCENT (ADR) | | None | J | T | Exchange | 12/1 | J | A | |
| 32. AGERE (Common) | | None | J | T | Exchange | 5/31 | J | A | |
| 33. WILLIAM BLAIR INT'L GROWTH FUND (FUND)) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 34. DAVIS NY VENTURE FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 35. DELAWARE INT'L VALUE EQUITY FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 36. RS SMALLER CO. GROWTH FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M | 6/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations(includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. T. ROWE PRICE VALUE FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 38. JANUS ADVISOR FORTY FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 39. GAMCO GROWTH FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 40. PIMCO TOTAL RETURN FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 41. DWS CORE PLUS INCOME FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 42. PIMCO HIGH YIELD FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 43. AMERICAN CENTURY INT'L (BOND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 44. ROYCE TOTAL RETURN FUND (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 45. CITIBANK DEPOSIT PROGRAM | A | Interest | J | T | Buy | 8/10 | J | | |
| 46. SB MONEY FUNDS CASH PORT. (FUND) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 47. WASHINGTON MUTUAL CD | A | Interest | J | T | Buy | 8/10 | J | | |
| 48. WASHINGTON MUTUAL CD | | | J | T | Sell | 11/2 | J | A | |
| 49. OHIO EDISON 4.40% PFD. | | None | J | T | Inheritance | 1/28 | J | | |
| 50. OHIO EDISON 4.40% PFD. | | None | J | T | Redemption | 7/7 | J | A | |
| 51. DUPONT 4.50 PFD | | None | J | T | Inheritance | 1/28 | J | | |
| 52. G.M. ACCEPTANCE CORP. 7.30% (BOND) | | None | J | T | Inheritance | 1/28 | J | | |
| 53. G.M. ACCEPTANCE CORP. 7.30% (BOND) | | None | J | T | Sell | 3/23 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKENNA, LAWRENCE M | 6/13/2007 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKENNA, LAWRENCE M | 6/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date____ 6/13/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544